UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH COMELLO** | : | Civil Action No. 1:13-CV-671 |
| | : | Judge |
| Plaintiff | : | Magistrate Judge |
| | : | |
| vs. | : | **PLAINITFF'S MOTION TO DISMISS** |
| | : | **CASE 1:13-CV-671** |
| | : | |
| **COMMISSIONER OF** | : | |
| **SOCIAL SECURITY** | : | |
| | : | |
| Defendant | : | |
| | : | |

*Granted Susan J. Dlott 1/17/14*

Now comes Plaintiff, Joseph Comello, by and through counsel, and request that this Honorable Court dismiss the above-captioned claim. Remand proceedings have concluded on case 1:12-cv-148 and we would therefore like to proceed with a request for review of the Commissioner's remand decision denying Plaintiff's claims. Defendant will file a motion to reopen case 1:12-cv-148.

Respectfully submitted,
**O'CONNOR, ACCIANI & LEVY Co. LPA**

<u>s/Henry D. Acciani</u>
Henry D. Acciani(0028872)
Attorney for Plaintiff Joseph Comello
O'Connor, Acciani & Levy Co. LPA
2200 Kroger Building
1014 Vine Street
Cincinnati, Ohio 45202
513-241-7111
513-241-7197
Email: hda@oal-law.com